FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

13 JUN 18 PM 3: 06

DIGITAL ROAD CORPORATION,

  Plaintiff,

v.                 Civil Action No. 6:13 cv 946○637 TBS

ROSS & SCHMITT, DMD, P.A.

  Defendant.
_____/

## COMPLAINT

Digital Road Corporation ("**Digital Road**") files this action against Ross & Schmitt, DMD, P.A. ("**Defendant**"), seeking monetary and injunctive relief for violations of 17 U.S.C. §101 *et seq.*, and Unjust Enrichment.

## JURISDICTION AND VENUE

1. This action for copyright infringement is brought under the United States Copyright Act of 1976, as amended, 17 U.S.C. § 101 *et seq*.

2. Jurisdiction is proper pursuant to 28 U.S.C. § 1338(a).

3. Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1400(a).

## PARTIES

4. Digital Road is a corporation organized and existing under the laws of the State of Florida. Digital Road's principal place of business is 3170 North Federal Highway, Suite 100 D, Lighthouse Point, Florida 33064. Digital Road is the owner of the copyrighted images which are alleged herein to have been infringed by Defendant.

17071.33002.47

5. Defendant is a corporation organized and existing under the laws of Florida. Defendant's principal place of business is 30 Alexandria Boulevard, Suite 1010, Oviedo, Florida 32765.

6. Digital Road is a "Copyright Owner" as defined 17 U.S.C. § 101.

## GENERAL ALLEGATIONS

7. Digital Road is engaged in the business of web site design and development for medical providers throughout the United States.

8. As part of Digital Road's web site design business, Digital Road has a variety of dental images which Digital Road's customers can use for a fee ("**images**" or "**dental images**").

9. The dental images are the proper objects of a copyright pursuant to 17 U.S.C. § 102(a).

10. Starting on May 25, 2012, and thereafter, the dental images have been the subject of Copyright Registration VA 1-824-582. Digital Road is the owner and exclusive rights holder of the copyright pursuant to 17 U.S.C. § 106. The Copyright Registration is attached hereto as Exhibit "A".

11. Defendant operates a general dentistry practice located at 30 Alexandria Boulevard, Suite 1010, Oviedo, Florida 32765.

12. In early 2013, Digital Road became aware that Defendant was using the dental images on Defendant's website for marketing and/or promotion of Defendant's dental practice.

13. On April 15, 2013, Digital Road, through the undersigned attorneys, notified Defendant that Defendant was unlawfully using the copyrighted images. The April 15, 2013 notice is attached hereto as Exhibit "B".

14. On or about <u>May 8, 2013</u>, after having received no response from Defendant, employees of Digital Road viewed Defendant's web site and found that Defendant was still unlawfully using the dental images.

15. On or about <u>May 8, 2013</u>, Digital Road, through the undersigned attorneys, again notified Defendant of Defendant's unlawful use of the dental images.

16. To date, Defendant continues to use and/or retain the copyrighted dental images belonging to Digital Road.

17. Digital Road has suffered and will continue to suffer damages as a result of Defendant's copyright infringement.

## COUNT I
## WILLFUL COPYRIGHT INFRINGEMENT

18. Digital Road re-alleges and incorporates paragraphs 1-17 into this Count I.

19. In early 2013 and thereafter, Defendant willfully used no less than six copyrighted images belonging to Digital Road. The copyrighted images are attached hereto as Exhibit "C"

20. Digital Road notified Defendant on multiple occasions that Defendant was infringing on Digital Road's copyright.

21. Despite Defendant's knowledge of Digital Road's copyright, Defendant continued its unlawful use of the images. Such action constitutes willful infringement of Digital Road's copyright.

22. As a result of Defendant's copyright infringement, Digital Road has suffered damages.

3

23. All conditions precedent prior to the filing of this action have been satisfied or waived.

**WHEREFORE**, Digital Road prays that:

(a) Defendant be ordered to pay actual, statutory, and punitive damages pursuant to 17 U.S.C. § 504;

(b) Defendant be ordered to pay costs and attorneys' fees pursuant to 17 U.S.C. § 505; and

(c) The Court enter any other relief that is just and proper.

## COUNT II
## INJUNCTIVE RELIEF

24. Digital Road re-alleges and incorporates paragraphs 1-17 into this Count II.

25. Defendant has used and continues to use copyrighted images owned by Digital Road on Defendant's website for marketing and/or promotion of Defendant's dental practice.

26. As a result of Defendant's use of the images, Digital Road has suffered and will continue to suffer damages.

27. Pursuant to 17 U.S.C. § 502, Digital Road requests that Defendant immediately cease the use of Digital Road's copyrighted images.

28. All conditions precedent prior to the filing of this action have been satisfied or waived.

17071.33002.47

**WHEREFORE**, Digital Road prays that:

(a) Defendant be ordered to immediately cease the use of Digital Road's copyrighted images pursuant to 17 U.S.C. § 502;

(b) Defendant be ordered to pay costs and attorneys' fees pursuant to 17 U.S.C. § 505; and

(c) The Court enter any other relief the Court deems just and proper.

## COUNT III
## UNJUST ENRICHMENT

29. Digital Road re-alleges and incorporates paragraphs 1-17 into this Count III.

30. Defendant has used and continues to benefit from the use of dental images belonging to Digital Road on Defendant's web site for marketing and/or promotion of Defendant's dental practice.

31. It is wholly unjust for Defendant to use Digital Road's images without paying Digital Road for the use of same.

32. Digital Road has suffered damages as a result of Defendant's use of Digital Road's Images.

33. All conditions precedent prior to the filing of this action have been satisfied or waived.

17071.33002.47

WHEREFORE, Digital Road prays that:

(a) Defendant be ordered to pay actual and compensatory damages;

(b) Defendant be ordered to pay costs and prejudgment interest; and

(c) The Court enter any other relief the Court deems just and proper.

Dated:    June 17, 2013.

_____
Stanford R. Solomon
ssolomon@solomonlaw.com
Florida Bar No. 302147
Blake J. Fredrickson
bfredrickson@solomonlaw.com
Florida Bar No. 91086
eservice@solomonlaw.com
**THE SOLOMON LAW GROUP, P.A.**
1881 West Kennedy Boulevard
Tampa, Florida 33606-1606
(813) 225-1818 (Tel)
(813) 225-1050 (Fax)
Attorneys for **Plaintiff**